**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JUAN MITCHELL, Individually and** )<br>**on behalf of** )<br>**JOVAN MITCHELL, deceased,** )<br> )<br>**Plaintiff,** )<br> )<br> )<br>**v.** )<br> )<br>**SAINT LOUIS COUNTY, MISSOURI,** )<br>**et al.,** )<br> )<br>**Defendants.** ) | **Cause No. 4:23-cv-00223-MTS** |

<u>**DEFENDANTS ST. LOUIS COUNTY AND RAUL BANASCO'S**</u>
<u>**MOTION FOR PROTECTIVE ORDER**</u>

COME NOW Defendants St. Louis County and Raul Banasco (collectively "County Defendants"), by and through undersigned counsel, and for their Motion for Protective Order state as follows:

1.      This lawsuit stems from an array of claims by Plaintiff all of which relate to the death of Plaintiff's decedent, Mr. Jovan Mitchell. (Petition, *passim*).

2.      Under Federal Rule of Civil Procedure Rule 26(b)(1), the scope of permissible discovery is "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." In light of these parameters, "[s]ome threshold showing of relevance must be made before the parties are required to open wide the doors of discovery and to produce a variety of information which does not reasonably bear upon the issues in the case." *Hofer v. Mack Trucks, Inc.*, 981 F.3d 377, 380 (8th Cir. 1992).

3.      Further, discovery should be conducted "'for the sole purpose of assisting in the preparation and trial, or the settlement, of litigated disputes.'" *Brown v. City of St. Louis*, Case No. 4:18-

cv-003890-MTS, 2020 WL 7624787, at *2 (E.D. Mo. Dec. 22, 2020) (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 34 (1984); *Misc. Docket Matter No. 1 v. Misc. Docket Matter No. 2*, 197 F.3d 922, 925 (8th Cir. 1999)).

4.      Here, undersigned counsel, in her review of documents for County Defendants' Rule 26 disclosures, has identified certain documents and in some cases, information contained within documents, that are the proper subject of a protective order. Specifically, undersigned counsel has identified certain personal identifying information of the parties and other non – parties, such as dates of birth, social security numbers, home addresses, personal telephone numbers, driver's license numbers, medical information, and other sensitive personal information not relevant to or otherwise germane to any parties' claim or defense.

5.      Additionally, while reviewing Plaintiff's First Request for Production to St. Louis County, undersigned counsel has identified that some information which would be responsive to these requests similarly contains the above-mentioned personal identifying information.

6.      To protect the parties and other persons from annoyance, embarrassment, oppression, or undue burden of expense, County Defendants seek a protective order permitting the parties to designate certain documents as confidential and to permit the parties to redact certain personal identifying information from documents (whether or not the document itself is designated confidential) to protect the parties and other persons from annoyance, embarrassment, oppression, financial harm, or undue burden of expense.

7.      Undersigned counsel has attached County Defendants' proposed protective order as Exhibit A.

8.      Counsel for Codefendants Dr. Doucette, Parker, Heitman, Reynolds, Howard, and Cora have reviewed and are in agreement with County Defendants proposed protective order.

9.    Undersigned counsel sent the proposed protective order to counsel for Plaintiff on November 3, 2023, but did not receive a response.


WHEREFORE, County Defendants respectfully request that this Court enter an order granting a protective order in this matter permitting the parties to designate certain documents disclosed through discovery as confidential and/or redact personal identifying information from the documents.


Respectfully Submitted,

**DANA T. REDWING**
**COUNTY COUNSELOR**

By:    /s/ Portia Britt
         Portia Britt, #69016
         Associate County Counsel
         Office of the County Counsel
         41 S. Central Avenue
         Clayton, Missouri 63105
         (314) 615-7038
         PBritt@stlouiscountymo.gov
         *Attorneys for Defendant St. Louis County*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JUAN MITCHELL, Individually and** ) | |
| **on behalf of** ) | |
| **JOVAN MITCHELL, deceased,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Cause No. 4:23-cv-00223-MTS** |
| **v.** ) | |
| ) | |
| **SAINT LOUIS COUNTY, MISSOURI,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 7th day of November, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF filing system upon all counsel of record.


<u>//s/ Portia Britt</u>
Portia Britt