# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JUAN MITCHELL, Individually and on behalf of JOVON MITCHELL, deceased ) ) ) | |
| Plaintiff, ) ) | Case No: 4:23-cv-00223-MTS |
| v. ) ) | |
| ST. LOUIS COUNTY, et al., ) ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT ST LOUIS COUNTY AND BANASCO'S MOTION FOR PROTECTIVE ORDER

COMES NOW Plaintiff, by and through undersigned counsel and in response to Defendants' Motion for Protective Order, states as follows:

### *CONSENT*

Although Plaintiff does not join in the verbiage and attempt to explain or define the plain meaning of the proposed protective order contained County's motion or memorandum, Plaintiff does *consent* to the adoption of the proposed protective order by this Court.

**WHEREFORE**, Plaintiff respectfully prays that this Honorable Court execute the proposed protective order.

Dated: November 21, 2023

Respectfully submitted,

1

_____

Mark J. Pedroli, MBE 50787
*PEDROLI LAW, LLC*
7777 Bonhomme Ave, Suite 2100
Clayton, Missouri 63105
-314.669.1817
314-789.7400 Fax

Mark@PedroliLaw.com

**ATTORNEY FOR PLAINTIFF**

### Certificate of Service

The undersigned hereby certifies that, on November 21, 2023 a true and accurate copy of the foregoing was filed electronically with the Clerk of this Court, through the Court's electronic filing system, and thereby served on counsel of record for all parties.

*/s/ Mark Pedroli*